UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOCALS 302 AND 612 OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS CONSTRUCTION INDUSTRY
HEALTH AND SECURITY FUND, *et al.*,

           Plaintiffs,

   v.

BARRY CIVIL CONSTRUCTION, INC.,

           Defendant,

   v.

PEASE & SONS, INC.,

           Garnishee.

Case No. MC22-0106RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Barry Civil Construction, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Pease & Sons, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on December 9, 2022. If judgment on the garnishee's answer is ultimately sought in this matter, counsel shall identify the amounts to be credited against each of the judgments underlying this garnishment action.

1  Dated this 19th day of December, 2022.

2

3  *Robert S. Lasnik*
   Robert S. Lasnik
4  United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26